UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2020

--------------------------------------------------------X
          :
KELLYTOY WORLDWIDE, INC.,     :
          Plaintiff,   :
          :          20 Civ. 0585 (LGS)
    -against-     :
          :          ORDER
JAY AT PLAY INTERNATIONAL HONG   :
KONG LIMITED, et al.,     :
         Defendants. :
--------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated February 7, 2020, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference (Dkt. No. 10);

      WHEREAS, the initial pretrial conference is currently scheduled for March 26, 2020, at 10:40 a.m. (Dkt. No. 16);

      WHEREAS, the parties filed a proposed case management plan, but failed to timely submit the joint letter; it is hereby

      **ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **March 23, 2020**, at **noon**.

Dated: March 20, 2020
      New York, New York

                            **LORNA G. SCHOFIELD**
                     **UNITED STATES DISTRICT JUDGE**