UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLYTOY WORLDWIDE, INC.,  :
                              Plaintiff,  :      20 Civ. 0585 (LGS)
                                           :
                -against-  :      <u>ORDER</u>
                                           :
JAY AT PLAY INTERNATIONAL HONG  :
KONG LIMITED, et al.,  :
                           Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the telephonic pre-motion conference, currently scheduled to occur on May 7, 2020, at 10:40 a.m., is ADJOURNED to **May 7, 2020, at 10:50 a.m.**

Dated: May 6, 2020
       New York, New York

                                                          _____
                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**